FILED
CLERK, U.S. DISTRICT COURT

NOV 2 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LUIS MANUEL GONZALEZ, ) | |
| ) | |
| Petitioner, ) | No. EDCV 09-0267 AHM (AJW) |
| ) | |
| v. ) | |
| ) | ORDER ADOPTING REPORT AND |
| JOSEPH NORWOOD, WARDEN, ) | RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
| Respondent. ) | |
| ) | |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

DATED: November 24, 2009

_____
A. Howard Matz
United States District Judge