FILED
CLERK, U.S. DISTRICT COURT
NOV 24 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LUIS MANUEL GONZALEZ, | Case No. EDCV 09-267-AHM(AJW) |
| Petitioner, | JUDGMENT |
| vs. | |
| JOSEPH NORWOOD, Warden, et al. | |
| Respondents. | |

**It is hereby adjudged** that the motion to vacate pursuant to 28 U.S.C. §2255 is dismissed for lack of jurisdiction.

Dated: November 24, 2009

_____
A. Howard Matz
United States District Judge